IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| BENCH BILLBOARD COMPANY, | : | Case No. 1:19-cv-701 |
| | : | |
| | : | Judge Matthew W. McFarland |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF CINCINNATI, *et al.*, | : | |
| | : | |
| Defendants. | : | |

ENTRY AND ORDER ADOPTING ORDER AND REPORT AND
RECOMMENDATIONS (Doc. 21)

The Court has reviewed the Order and Report and Recommendations of United States Magistrate Judge Stephanie K. Bowman (Doc. 21), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** said Report and Recommendations in its entirety. Accordingly, the Court **GRANTS** Defendants' Motions to Dismiss (Docs. 8 & 10). This case is therefore **TERMINATED** from the Court's docket.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND